DAVID B. GOLUBCHIK (State Bar No. 185520)
dbg@lnbyg.com
CARMELA T. PAGAY (State Bar No. 195603)
cto@lnbyg.com
JOSEPH M. ROTHBERG (State Bar No. 286363)
jmr@lnbyg.com
JOHN A. LIVINGSTON (State Bar No. 362186)
jal@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue,
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Defendants Andrew Stupin and Julie Stupin, Chapter 11 Debtors and Debtors in Possession

FILED & ENTERED

NOV 10 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>ANDREW STUPIN and JULIE STUPIN,<br><br>Debtors and Debtors in Possession. | Case No. 8:26-bk-11202-SC<br><br>Chapter 11<br><br>Adv. No. 8:26-ap-01098-SC |
| DAN GENIS, individually and on behalf of the DAN GENIS TRUST, MARK GENIS, individually, JIM MARKHAM and CHERYL MARKHAM, individually and on behalf of the RUBY CHESTER TRUST DATED MAY 30, 1997,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW STUPIN and JULIE STUPIN,<br><br>Defendants. | **ORDER APPROVING STIPULATION FOR CONTINUANCE OF INITIAL STATUS CONFERENCE AND HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br>Continued Hearing and Initial Status Conference:<br>Date: June 9, 2027<br>Time: 11:00 a.m.<br>Place: Courtroom 5C (and via ZoomGov)<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

On November 9, 2026, the Parties, by and through their respective counsel of record, entered into a *Stipulation for Continuance of Initial Status Conference and Hearing on Defendants' Motion to Dismiss* [Adv. Dkt. 13] (the "Stipulation").[1] The Court having considered the Stipulation, being familiar with the record of this adversary proceeding, and good cause appearing, it is **ORDERED** that:

1. The initial status conference and the hearing on Defendants' motion to dismiss Plaintiffs' FAC, previously scheduled to be held on December 9, 2026, at 11:00 a.m., is continued to **June 9, 2027, at 11:00 a.m.**;

2. The Parties' deadline to file and serve a joint status report with the Court is continued to **on or before May 12, 2027**, in which the Parties must advise the Court whether: (a) the parties seek to be heard on Defendants' motion to dismiss the FAC on the proposed continued hearing date; or (b) as a result of any discussions regarding consensual resolution of the Parties' disputes, the Parties seek further continuance of the hearing on Defendants' motion to dismiss the FAC and the initial status conference; and

3. To minimize the legal fees and costs incurred by the Parties and focus on consensual resolution of their disputes, during this continued period of time through May 12, 2027, this adversary proceeding is stayed and the Parties shall not engage in discovery or other motion practice in this adversary proceeding.

**IT IS SO ORDERED.**

###

Date: November 10, 2026

Scott C. Clarkson
United States Bankruptcy Judge

[1] Any capitalized term not defined in this Order shall have the meaning ascribed to it in the Stipulation.