DAVID B. GOLUBCHIK (State Bar No. 185520)
JOSEPH M. ROTHBERG (State Bar No. 286363)
MICHAEL G. D'ALBA (State Bar No. 264403)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DBG@LNBYG.COM; JMR@LNBYG.COM;
        MGD@LNBYG.COM

Attorneys for Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ANDREW STUPIN and JULIE STUPIN,<br><br>    Debtors and Debtors in Possession. | Case No. 8:26-bk-11202-SC<br><br>Chapter 11<br><br>Adv. Case No.: 8:26-ap-01076-SC |
| WESTERN ALLIANCE BANK, an Arizona Corporation,<br><br>               Plaintiff,<br><br>v.<br><br>CANTOR GROUP V, LLC, a Delaware Limited Liability Company, GERALD J. MARCIL, an individual, and ANDREW STUPIN, an individual,<br><br>               Defendants. | **LITIGATION DOCUMENTS SUBMITTED WITH NOTICE OF SUBMISSION OF LITIGATION DOCUMENTS – PART 3 OF 3**<br><br>**<u>Status Conference:</u>**<br>Date: August 26, 2026<br>Time: 11:00 a.m.<br>Place: Courtroom 5C<br>      411 W. Fourth Street<br>      Santa Ana, CA 92701 |

\

1