Craig Solomon Ganz (SBN 217254)
ganzc@ballardspahr.com
Michael S. Myers (SBN 305011)
myersm@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Tel: 424.204.4400 | Fax: 424.204.4350

*Attorneys for Western Alliance Bank*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>ANDREW STUPIN and JULIE STUPIN,<br><br><br>Debtors.<br>WESTERN ALLIANCE BANK, an Arizona Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CANTOR GROUP V, LLC, a Delaware Limited Liability Company, GERALD J. MARCIL, an individual, and ANDREW STUPIN, an individual,<br><br>Defendants. | Case No.: 8:26-bk-11202-sc<br><br>Adversary Case No. 8:26-ap-01076<br><br>Chapter 11<br><br>**DECLARATION OF MICHAEL S. MYERS IN SUPPORT OF PLAINTIFF WESTERN ALLIANCE BANK'S MOTION FOR ORDER REMANDING REMOVED CLAIMS TO STATE COURT**<br><br>Hearing Date:<br><br>Date: August 26, 2026<br>Time: 1:30 p.m.<br>Place: Courtroom 5C<br>411 West Fourth Street<br>Santa Ana, CA, 92701 |

I, Michael S. Myers, declare as follows:

1.     I am an attorney duly licensed to practice law before all courts of the State of California, a partner with Ballard Spahr LLP, and am one of the attorneys of record for Western Alliance Bank ("Plaintiff') in the above-reference action. I have personal knowledge of the matters set forth herein, except as to those matters stated on information and belief, and if called and sworn as a witness, I could and would competently testify thereto. I submit this declaration

#4918-0393-6959 v3                                              1

DECLARATION OF MICHAEL S. MYERS IN SUPPORT OF PLAINTIFF WESTERN ALLIANCE BANK'S
MOTION FOR ORDER REMANDING REMOVED CLAIMS TO STATE COURT

in support of Plaintiff Western Alliance Bank's Opposition to Cantor Group V, LLC's Motion for Order Remanding Removed Claims to State Court.

**A.      The State Court Action**

2.      Following Borrower's defaults under the Loan Documents and the Guarantors' failure to satisfy their obligations under the Guaranty Agreements, on August, 18, 2025 WAB commenced the State Court Action in Los Angeles County Superior Court, Case No. 25STCV24263("Complaint") asserting claims against Borrower Cantor V, LLC and claims against Stupin and Marcil for breach of their respective Guaranty Agreements. A true and correct copy of the Complaint is attached hereto as **Exhibit 1.**

3.      The State Court action proceeded for approximately eight months before Stupin bankruptcy filing and subsequent removal. During that time, the Superior Court presided over months of motion practice concerning WAB's request for the appointment of a receiver and ultimately appointed a receiver on April 20, 2026 ("Receiver Order"). Additionally, on December 24, 2025, WAB filed a Motion for Summary Adjudication seeking judgment against Borrower on its breach of contract claim and against Stupin and Marcil on WAB's breach of guaranty claims. ("Summary Adjudication Motion".) The motion was originally noticed for hearing on April 20, 2026 before the Judicial Referee. Thereafter, on March 10, 2026, Stupin sought *ex parte* relief continuing the hearing to permit additional discovery, and the Superior Court granted the application, continuing the hearing to August 19, 2026.  A true and correct copy of the Receiver Order, and the Summary Adjudication Motion are attached hereto as **Exhibit 2 and Exhibit 3,** respectively.

4.      Consistent with the judicial reference provisions contained in the Guaranty Agreements, on June 11, 2026 the Superior Court also granted the Motion to Compel Judicial Reference and appointed the Honorable Candace Cooper (Ret.) as Referee pursuant to California Code of Civil Procedure §638. A true and correct copy of the Order Appointing Judicial Referee is attached hereto as **Exhibit 4.**

#4918-0393-6959 v3                                             2

5.      On June 25, 2026, after the receiver had been appointed and the Judicial Referee selected, Stupin filed the Notice of Removal ("Notice of Removal") removing only WAB's Breach of Guaranty and Declaratory Relief claims against Stupin and Marcil, while leaving WAB's remaining claims against Borrower pending before the State Court. A true and correct copy of the Notice of Removal is attached hereto as **Exhibit 5**.

**B.      The Debtor's Bankruptcy Filing**

6.      On April 17, 2026 (the "Petition Date"), nearly eight months after WAB commenced the State Court Action, Andrew Stupin and his wife ("Debtors") filed voluntary petitions for relief under Chapter 11 [Dkt.1].

7.      Following the bankruptcy Cantor Group filed a Motion to Stay proceedings in the State Court Action based on the bankruptcy actions, WAB opposed the requested stay and Borrower withdrew the Motion. A true and correct copy of the Notice of Withdrawal of Motion to Stay is attached hereto as **Exhibit 6**.

**C.      Notice of Removal**

8.      Debtors filed their Notice of Removal on June 25, 2026. The Notice of Removal filed in this action did not remove the entire State Court Action. Instead, Stupin selectively removed: (i) WAB's claims for Breach of Guaranty and for Declaratory Relief against Andrew Stupin; and (ii) WAB's claims for Breach of Guaranty and for Declaratory Relief against co-defendant Gerald J. Marcil. (*See* Exhibit 5, at 3).

9.      The Notice of Removal did not remove WAB claims against Borrower (*See* Exhibit 4, at 3), and substantial portions of the State Court Action remain pending before the Referee, who presides over the ongoing proceedings.

10.      The removed claims and the claims remaining in state court arise from the same Loan Documents and Guaranty Agreements

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

#4918-0393-6959 v3                                              3

DECLARATION OF MICHAEL S. MYERS IN SUPPORT OF PLAINTIFF WESTERN ALLIANCE BANK'S
MOTION FOR ORDER REMANDING REMOVED CLAIMS TO STATE COURT

Executed this 27th day of July, 2026 at San Franscisco, California.

*/s/ Michael S. Myers*
Michael S. Myers

#4918-0393-6959 v3                                          4

DECLARATION OF MICHAEL S. MYERS IN SUPPORT OF PLAINTIFF WESTERN ALLIANCE BANK'S
MOTION FOR ORDER REMANDING REMOVED CLAIMS TO STATE COURT